CAREY v. HEIM et al.

(Supreme Court, Appellate Division, Second Department. November 27, 1912.)

Appeal from Special Term, Queens County.
Action by Joseph A. Carey against Gottlieb Heim and another. From a judgment for defendants, plaintiff appeals. Reversed, and new trial granted.
Argued before JENKS, P. J., and HIRSCHBERG, BURR, THOMAS, and CARR, JJ.

James A. Sheehan, of Brooklyn, for appellant.
John McCormick, of New York City, for respondent.

PER CURIAM. Judgment reversed and new trial granted, with costs to the appellant to abide the event, on the authority of Carey v. Lange, 138 N. Y. Supp. 555, decided herewith.